UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:26-cr 75-WWB-LLL
18 U.S.C. § 922(u)

WILLIAM DOUGLAS CURETON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Theft of Firearms from a Federally Licensed Firearms Dealer)**

On or about February 9, 2026, in the Middle District of Florida, the

defendant,

WILLIAM DOUGLAS CURETON,

did knowingly steal and unlawfully take and carry away, firearms, specifically,

six Derya Melik pistols, from the business premises and inventory of a

federally licensed firearms dealer, namely, South Derya Corporation, which

firearms had previously been shipped and transported in interstate and foreign

commerce.

In violation of 18 U.S.C. §§ 922(u) and 924(m).

## FORFEITURE

1.      The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 922(u), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violations.

3.      The property to be forfeited includes, but is not limited to six Derya Melik pistols.

4.      If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third person;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
JOHN CANNIZZARO
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/20/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## WILLIAM DOUGLAS CURETON

## INDICTMENT

Violations: 18 U.S.C. §922(u)

A true bill,

███████████████

Filed in open court this _22nd_ day

of April 2026.

_____
Clerk

Bail    $_____